UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI J. BARTEK )<br>___-__-9278 )<br>            Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JO ANN BARNHART, COMMISSIONER)<br>OF SOCIAL SECURITY )<br>)<br>            Defendant. ) | CIVIL ACTION NO. 4:05CV3096<br><br>**ORDER TO STRIKE PLAINTIFF'S BRIEF AND PERMISSION TO FILE A REDACTED BRIEF** |

This matter is before the Court on the Plaintiff's motion to strike Plaintiff's Brief in support of Plaintiff's Complaint (Filing No. 12). The brief contains personal information not in compliance with Rule I Privacy of the Administrative Procedure for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in the United States District Court for Nebraska and to grant plaintiff permission to file a redacted brief which complies with the rule of privacy for electronic documents.

IT IS ORDERED:

1. The Plaintiff's motion to strike Plaintiff's Brief in support of Plaintiff's Complaint and to file a redacted copy instanter (Filing No. 12) is granted;

2. The previously filed brief (Filing No. 12) shall be sealed and stricken.

Dated this 25th day of July, 2005.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            United States District Judge

Prepared by:

s/William M. Berlowitz
William M. Berlowitz #10297
Attorney for Plaintiff
1023 Lincoln Mall, Suite 101
Lincoln, NE 65808
(402) 475-1993
(402) 475-7989 FAX